Form No. 2

# United States Bankruptcy Court
## Western District of Tennessee

**04-23862**

In re   **James Ernest Fortner**

Debtor(s)

Case No.

Chapter   **13**

## CHAPTER 13 PLAN
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **James Ernest Fortner** | S.S.# **xxx-xx-2887** |
| | (W) | S.S.# |
| ADDRESS: | **189 Rockhill Road** | |
| | **Como, MS 38619** | |

PLAN PAYMENT:   Debtor(s) to pay $ **404.58**   (weekly, ~~every two weeks~~, ~~semi-monthly~~, ~~monthly~~)

PAYROLL DEDUCTION:   **YES**   OR ( ) DIRECT PAY

BECAUSE:

FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:   **TCW Trucking**

ADMINISTRATIVE:   Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | | | |
|---|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | | $ | **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | $ | **-NONE-** |
| | Child support arrearage amount | | $ | |
| PRIORITY CREDITORS: | **-NONE-** | | $ | **-NONE-** |

HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**SouthTrust Manufactured Housing**

| | | | | |
|---|---|---|---|---|
| Ongoing pmt. Begin **May, 2004** | | | $ | **534.12** |
| Approx. arrearage **1,200.00** | Interest **0.00** % | | $ | **20.00** |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | | MONTHLY PLAN PMT. |
|---|---|---|---|---|
| **Friedman's Jewelers** | $ **500.00** | **15.00** % | $ | **9.87** |
| **Independent Bank** | $ **25,000.00** | **15.00** % | $ | **594.15** |
| **Nuvell** | $ **15,500.00** | **15.00** % | $ | **368.62** |

UNSECURED CREDITORS:   Pay **100** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:   **$1,616.59**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:
**Special Intentions:**
**Personal Finance: Debtor will pay claim directly at 233.00  per month.**

DEBTOR'S ATTORNEY:

**Bettye S. Bedwell 015354**
**Bedwell Law Firm, Inc.**
**200 Jefferson Ave., Suite 202**
**Memphis, TN 38103-8306**
**(901) 577-0009 Fax:(901) 526-0060**